# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MOODY GADSDEN )<br>      Defendant. ) | 2:13-cr-22-WTL-CMM-1 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Moody Gadsden's supervised release be revoked, pursuant to Title 18 U.S.C. Sec. 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. Sec. 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 9 months in the custody of the Attorney General. Upon Mr. Gadsden's release from confinement, he will not be subject to supervised release.

Dated: 7/20/15

                                                                        Hon. William T. Lawrence, Judge
                                                                         United States District Court
                                                                          Southern District of Indiana

Distribution:

All registered counsel via electronic notification

USMS

USPO